NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GETTUS LEROY MINTZ, *Petitioner*.

No. 1 CA-CR 23-0395 PRPC

FILED 06-25-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2009-005503-001
The Honorable Kerstin G. LeMaire, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Gettus Leroy Mintz, San Luis
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Angela K. Paton, Judge Michael S. Catlett, and Judge James B. Morse Jr. delivered the decision of the Court.

---

**PER CURIAM**:

¶1 Petitioner Gettus Leroy Mintz seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's seventh petition.

¶2 Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3 We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4 We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AGFV